Opinion issued May 29, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00134-CV

____________


AVIS RENT A CAR SYSTEM, INC., Appellant


V.


CHRISTOPHER SIMON, Appellee






On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 815513






MEMORANDUM OPINION

 Appellant, Avis Rent a Car System, Inc., has filed a motion to dismiss its
appeal. More than 10 days have elapsed, and no objection has been filed. No opinion
has issued. Accordingly, we grant the motion to dismiss and overrule all pending
motions as moot. See Tex. R. App. P. 42.1(a)(1).

 We direct the clerk to issue mandate within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Bland.